Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERNIE'S GENERAL STORE, INC., et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-01263-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Ernie's General Store, Inc., and Ernest P. Ghiannecchini, Trustee of the Ernest P. Ghiannecchini 1994 Revocable Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 7, 2015                     MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       Cecil Shaw

Date: July 7, 2015                     MICHAEL F. BABITZKE, INC.


                                       */s/ Michael F. Babitzke*
                                       Michael F. Babitzke
                                       Attorney for Defendants
                                       Ernie's General Store, Inc., and Ernest P. Ghiannecchini, Trustee of the Ernest P. Ghiannecchini 1994 Revocable Trust

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  July 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE